JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

HAL BERNARD BLACK,     ) Case No. CV 19-3562-FMO (JPR)
                            )
           Petitioner,  )
                            )    **J U D G M E N T**
          v.         )
                            )
F. MARTINEZ, Warden,    )
                            )
          Respondent.  )

Pursuant to the Order Denying Petition and Dismissing Action,

IT IS HEREBY ADJUDGED that this action is dismissed.


DATED: <u>May 16, 2019</u>                /s/
                                  FERNANDO M. OLGUIN
                                  U.S. DISTRICT JUDGE